UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH O. THOMPSON,

Plaintiff,

-against-

ALTHEA CHAMBERS; MAHANDRA PERSAUD, ESQ.; ILEANA RIVERA; THE CITY OF NEW YORK,

Defendants.

26-CV-4279 (PAE) (GS)

**ORDER OF SERVICE**

**GARY STEIN, United States Magistrate Judge:**

Plaintiff Joseph O. Thompson, appearing *pro se*, brings this action under 42 U.S.C. §§ 1983, 1985, and 1986, alleging that Defendants violated his constitutional rights during state-court eviction proceedings against him and during the eviction itself. The Court liberally construes the amended complaint, which is the operative pleading, as asserting additional claims under New York law, namely, common law claims of trespass and conversion. In the amended complaint, Plaintiff names as defendants: (1) Althea Chambers, who initiated eviction proceedings against Plaintiff; (2) Mahandra Persaud, Esq., who represented Chambers in the eviction proceedings; (3) Ileana Rivera, the New York City marshal who executed the eviction, allegedly without legal authorization to do so; and (4) the City of New York, which allegedly employs Rivera in her role as city marshal. He seeks monetary, declaratory, and injunctive relief.

By order dated June 12, 2026, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. (Dkt. No. 12). For the reasons that follow, the Court directs service on the above-referenced Defendants.

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, Plaintiff is entitled to rely on the assistance of the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP). Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that the summons and complaint be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served the summonses and amended complaint until the Court reviewed the amended complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date the summonses are issued. If the amended complaint is not served within that time, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service); *see also Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) ("As long as the [plaintiff proceeding IFP] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).").

To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants.

Plaintiff must notify the Court in writing if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to issue a summons for Defendants Chambers, Persaud, Rivera, and City of New York, complete the USM-285 form with the address for each of these defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is directed to mail an information package to Plaintiff.

**SO ORDERED.**

Dated: September 1, 2026
New York, New York

GARY STEIN
United States Magistrate Judge

## SERVICE ADDRESS FOR EACH DEFENDANT

1. Althea Chambers
   1179 East 83rd Street
   Brooklyn, NY 11236

2. Mahandra Persaud, Esq.
   4200 White Plains Road
   Bronx, NY 10466

3. Ileana Rivera
   City Marshal
   20 Avenue T
   Brooklyn, NY 11223

4. The City of New York
   New York City Law Department
   100 Church Street
   New York, NY 10007